83,812-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

Ayunwi M. Fuh

4235 Hawk Meadow dr.

Houston, TX 77449

# 01-13-00494-CR

10/5/2015

Dear Sir/Mam,

## AN APPEAL TO OVERTURN MY WRONGFUL CONVICTION.

I have been in this uncalled for struggle of my life since September of 2012 during which I was breaking up with my on and off girlfriend, called Kimberly F. (Kim) who dearly wanted us to get married. I have served 2 years of my life in jail wrongfully. I was leaving to start a nursing and medical school out of state but she wanted me to stay and marry her and be a father figure to her three children, two of whom loved me so dearly but the first of them disliked me because she wanted her mom to get back with her father. I always helped the children with everything the needed including home work. When the first girl kept on getting in so much trouble at home, in school and with the law, coupled with when I told her mother about my moving to school out of state and breaking up with her, it was time for her to plan her so called "destruction of my life and future".

Kim asked me to help her daughter and try to help her improve her bad attitudes, and also help her be Religious. Kim asked me to take her out just as I had always done with her other children. As we drove, my nursing work called me and asked me to come in that night for work. I always used my laptop for work, so I called Kim and told her that I would stop at my apartment and get my

laptop. We stopped briefly for about 3 to 5minutes and I got my laptop and my cousin at my apartment was there and even chatted with the girl. Kim then called back and asked us to return because they needed to go somewhere else. When we got back, she took the girls out and I stayed at her house with her son. When they came back, the children later on went to bed and Kim and I had sex that night. She begged me not to leave her and her troubled kids. We always had protected sex because of my lack of trust for her and she was ok with that.

Five days later, we met at her house to talk about the break up and had sex again there. I told her I would be leaving to further my education and that we could be just friends. She got so infuriated and started cursing and swore to destroy my life and future if I left her. Days later, she made up a plan saying that I had assaulted her daughter in my apartment when I went to get my laptop for work.

While I was already in nursing school she called me and told me that she had used the contents of the condom I used with her about a week after I took her daughter out, and put them on her daughter's clothing and that they were going to make sure my life and future is destroyed. She said she would be calling her friend in the police force called officer Mcloud who would be calling me soon. She said once all her plans to destroy me are complete she would let me know, **and that the courts would believe her evidence and her daughter's story not mine.**

Attached is a text Kim wrote to me from her cell phone after our last conversation and her threats and evil plans "… everything is done, enjoy your future". This text hopefully would help prove that I did not sexually assault the girl, plus the evidence (clearly tainted) was collected from Kim directly without the presence of her daughter who was not even wearing them, on a date different from the alleged assault day, and not even from my apartment where they are alleging the assault but the evidence was collected from Kim's house where we always had sex. Our used condoms are always trashed in a small trash can by

her bed side. She used that to framed and set me up by using her daughter who gave a fake and perjured testimony, lying that they had gone to the hospital and to the cops the same night of the alleged assault. That's not true as I was there with them at home that same night and all was nice and peaceful. The police have no such records as well.

The evidence in this case is semen on some clothing given to the cops by Kim on a stipulated day of her choice. **None of my epithelial cells, sweat, hair or any body tissue was present on this clothing suggesting that there was no physical contact what-so-ever between me and whoever has those clothing.** The only way semen could have been present on a shirt, pant and panties was that it was put there by Kim who then personally handed them over to the cops. Besides I always have protected sex.

Sir/Mam, I have been appealing this unfair conviction and even filed a writ of certiorari with the courts. Attached is a receipt from the court, but four days after my receipt, **I received another letter saying that no action will be taken by the court in my case.** I need the court to use its wisdom in this case and do the right thing by overturning this unfair conviction. **I have requested to take a polygraph test in this case and may my accusers do the same for the whole truth to be exposed.** I have had to register as a sex offender for something that I did not do, I find it hard to find any work, and my life is being controlled by the police. How unfair can life get? Sometimes I even ask what else is there to live for in this kind of unjust situation. Please hear my cry.

**My life cannot move on with this unfair and wrongful conviction. I humbly ask the court to review my case and overturn this unfair and cruel conviction, for I am totally innocent and the girl was not sexually assaulted as she said and as the prosecutors make it seem.** Please kindly reply to my letter soon, and help me get my life and future back on track again, as I truly deserve. God bless.

Sincerely and truthfully yours,      appellant, Ayunwi M.F.

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701     $ 000.27⁵
02 1W
0001401623 SEP 10 2015

**9/1/2015**
**FUH, AYUNWI MEME**      Tr. Ct. No. 1354773          **WR-83,812-01**
On this day, the original writ of certiorari has been received and presented to the
court.

Abel Acosta, Clerk

AYUNWI MEME FUH
4235 HAWK MEADOW DR.
HOUSTON, TX  77449

**From:** Meme Fuh (memeboy8@yahoo.com)

**To:** pfusialfa@yahoo.com;

**Date:** Sunday, March 31, 2013 7:09 PM

----- Forwarded Message -----
**From:** "8327972328@mypixmessages.com" <8327972328@mypixmessages.com>
**To:** memeboy8@yahoo.com
**Sent:** Wednesday, July 18, 2012 11:11 PM
**Subject:**

everything is done.. Enjoy ur future
;~) Kim

This picture message or video message was sent using Multimedia Messaging Service.

To play video messages sent to email, Apple QuickTime 6.5 or higher is required. Visit www.apple.com/quicktime/download to download the free player or upgrade your existing QuickTime Player. Note: During the download process when asked to choose an installation type (Minimum, Recommended or Custom), select Minimum for faster download.

83,812-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

Ayunwi M. Fuhsta, Clerk

4235 Hawk Meadow dr.

Houston, TX 77449

# 01-13-00494-CR

10/5/2015

Dear Sir/Mam,

## AN APPEAL TO OVERTURN MY WRONGFUL CONVICTION.

I have been in this uncalled for struggle of my life since September of 2012 during which I was breaking up with my on and off girlfriend, called Kimberly F. (Kim) who dearly wanted us to get married. I have served 2 years of my life in jail wrongfully. I was leaving to start a nursing and medical school out of state but she wanted me to stay and marry her and be a father figure to her three children, two of whom loved me so dearly but the first of them disliked me because she wanted her mom to get back with her father. I always helped the children with everything the needed including home work. When the first girl kept on getting in so much trouble at home, in school and with the law, coupled with when I told her mother about my moving to school out of state and breaking up with her, it was time for her to plan her so called "destruction of my life and future".

Kim asked me to help her daughter and try to help her improve her bad attitudes, and also help her be Religious. Kim asked me to take her out just as I had always done with her other children. As we drove, my nursing work called me and asked me to come in that night for work. I always used my laptop for work, so I called Kim and told her that I would stop at my apartment and get my

laptop. We stopped briefly for about 3 to 5minutes and I got my laptop and my cousin at my apartment was there and even chatted with the girl. Kim then called back and asked us to return because they needed to go somewhere else. When we got back, she took the girls out and I stayed at her house with her son. When they came back, the children later on went to bed and Kim and I had sex that night. She begged me not to leave her and her troubled kids. We always had protected sex because of my lack of trust for her and she was ok with that.

Five days later, we met at her house to talk about the break up and had sex again there. I told her I would be leaving to further my education and that we could be just friends. She got so infuriated and started cursing and swore to destroy my life and future if I left her. Days later, she made up a plan saying that I had assaulted her daughter in my apartment when I went to get my laptop for work.

While I was already in nursing school she called me and told me that she had used the contents of the condom I used with her about a week after I took her daughter out, and put them on her daughter's clothing and that they were going to make sure my life and future is destroyed. She said she would be calling her friend in the police force called officer Mcloud who would be calling me soon. She said once all her plans to destroy me are complete she would let me know, **and that the courts would believe her evidence and her daughter's story not mine.**

Attached is a text Kim wrote to me from her cell phone after our last conversation and her threats and evil plans "… everything is done, enjoy your future". This text hopefully would help prove that I did not sexually assault the girl, plus the evidence (clearly tainted) was collected from Kim directly without the presence of her daughter who was not even wearing them, on a date different from the alleged assault day, and not even from my apartment where they are alleging the assault but the evidence was collected from Kim's house where we always had sex. Our used condoms are always trashed in a small trash can by

her bed side. She used that to framed and set me up by using her daughter who gave a fake and perjured testimony, lying that they had gone to the hospital and to the cops the same night of the alleged assault. That's not true as I was there with them at home that same night and all was nice and peaceful. The police have no such records as well.

The evidence in this case is semen on some clothing given to the cops by Kim on a stipulated day of her choice. **None of my epithelial cells, sweat, hair or any body tissue was present on this clothing suggesting that there was no physical contact what-so-ever between me and whoever has those clothing.** The only way semen could have been present on a shirt, pant and panties was that it was put there by Kim who then personally handed them over to the cops. Besides I always have protected sex.

Sir/Mam, I have been appealing this unfair conviction and even filed a writ of certiorari with the courts. Attached is a receipt from the court, but four days after my receipt, **I received another letter saying that no action will be taken by the court in my case.** I need the court to use its wisdom in this case and do the right thing by overturning this unfair conviction. **I have requested to take a polygraph test in this case and may my accusers do the same for the whole truth to be exposed.** I have had to register as a sex offender for something that I did not do, I find it hard to find any work, and my life is being controlled by the police. How unfair can life get? Sometimes I even ask what else is there to live for in this kind of unjust situation. Please hear my cry.

**My life cannot move on with this unfair and wrongful conviction. I humbly ask the court to review my case and overturn this unfair and cruel conviction, for I am totally innocent and the girl was not sexually assaulted as she said and as the prosecutors make it seem.** Please kindly reply to my letter soon, and help me get my life and future back on track again, as I truly deserve. God bless.

Sincerely and truthfully yours,     appellant, Ayunwi M.F.

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE>> PITNEY BOWES

ZIP 78701  $ 000.27⁵
02 1W
0001401623 SEP 10 2015

9/1/2015
FUH, AYUNWI MEME          Tr. Ct. No. 1354773          WR-83,812-01
On this day, the original writ of certiorari has been received and presented to the court.

Abel Acosta, Clerk

AYUNWI MEME FUH
4235 HAWK MEADOW DR.
HOUSTON, TX 77449

Subject: Fw: she set me up.

From: Meme Fuh (memeboy8@yahoo.com)

To: pfusialfa@yahoo.com;

Date: Sunday, March 31, 2013 7:09 PM

----- Forwarded Message ----
**From:** "8327972328@mypixmessages.com" <8327972328@mypixmessages.com>
**To:** memeboy8@yahoo.com
**Sent:** Wednesday, July 18, 2012 11:11 PM
**Subject:**

everything is done.. Enjoy ur future
;~) Kim

This picture message or video message was sent using Multimedia Messaging Service.

To play video messages sent to email, Apple QuickTime 6.5 or higher is required. Visit www.apple.com/quicktime/download to download the free player or upgrade your existing QuickTime Player. Note: During the download process when asked to choose an installation type (Minimum, Recommended or Custom), select Minimum for faster download.